1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TORRES MURILLO

FILED

DEC 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONICO TORRES MURILLO,<br><br>Defendant. | No. CR-10-00843 HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>HEARING DATE |

**STIPULATION**

Defendant Monico Torres Murillo, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel R. Kaleba, hereby stipulate that, subject to the Court's approval, the status hearing currently set for Thursday, December 30, 2010, at 9:30 a.m., be continued to Thursday, February 3, 2011, at 1:30 p.m.

The reason for the requested continuance is to permit the defense additional time to conduct further investigation and to allow the parties to discuss a possible disposition.

//

//

Stipulation and [Proposed] Order
No. CR 10-00843 HRL                                      1

IT IS SO STIPULATED.

Date: December 28, 2010

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        _____/s/_____
                                        VARELL L. FULLER
                                        Assistant Federal Public Defender

Date: December 28, 2010

                                        MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        DANIEL R. KALEBA
                                        Assistant United States Attorney

[Proposed] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing, currently set for Thursday, December 30, 2010, at 9:30 a.m., shall be continued to Thursday, February 3, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Date: 12/29/10

                                        THE HONORABLE TIMOTHY J. BOMMER
                                        United States Magistrate Judge